UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY HORNE and MARLENE HORNE,
Authorized Representatives of the Johnny Lee Horne Private Irrevocable Foreign Grantor's Trust,
Plaintiffs,

v.

UNLOCK TECHNOLOGIES and GO MORTGAGE LLC,
Defendants.



FILED BY ___CbS___ D.C.

MAR 0 3 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## VERIFIED COMPLAINT FOR QUIET TITLE AND REMOVAL OF FRAUDULENT LIENS

### I. INTRODUCTION

1. Plaintiffs bring this Verified Complaint seeking an order to quiet title and remove fraudulent liens placed on the property located at [Property Address] by Defendants, who failed to establish lawful claim or authority over the said property.

2. Plaintiffs have obtained a default judgment through their administrative process, establishing that Defendants have no legal standing or enforceable interest in the property.

### II. JURISDICTION & VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1441 (Removal Jurisdiction) as this matter involves federal law governing secured transactions and financial instruments, including IRS Forms 1099-A and 1099-B.

4. Venue is proper in the Southern District of Florida under 28 U.S.C. § 1391, as the property in question and the actions giving rise to this suit occurred within this district.

### III. PARTIES

5. Plaintiffs Johnny Horne and Marlene Horne are the Authorized Representatives of the Johnny Lee Horne Private Irrevocable Foreign Grantor's Trust, which holds title to the property in question.

6. Defendant GO Mortgage LLC has no legal authority to place a lien upon the property due to the bifurcation and securitization of the original note, which was a negotiable instrument subsequently sold into a Ginnie Mae mortgage-backed security pool, thereby severing any direct claim GO Mortgage LLC may assert over the property.

7. Defendant Unlock Technologies failed to acknowledge and honor Plaintiffs' properly tendered obligation through IRS Forms 1099-A and 1099-B, which constituted a lawful settlement of any alleged debt or financial obligation. Their continued assertion of a claim against the property is unlawful and in violation of established financial and contractual principles.

## IV. FACTUAL ALLEGATIONS

8. Plaintiffs properly tendered payment of the obligation through valid IRS Forms 1099-A and 1099-B, which were accepted and processed, thereby satisfying any alleged mortgage debt.

9. Despite satisfaction of the obligation, Defendants continue to assert an invalid claim over the property, refusing to release fraudulent liens in violation of UCC and federal financial regulations.

10. Plaintiffs have previously obtained a default judgment through their administrative process, which Defendants have failed to rebut with any lawful claim or affidavit of standing.

## V. CLAIMS FOR RELIEF
### COUNT I - QUIET TITLE

11. Plaintiffs repeat and re-allege all prior paragraphs as if fully stated herein.

12. Defendants have clouded Plaintiffs' title by asserting an unenforceable and fraudulent lien despite proper satisfaction of the obligation.

13. Plaintiffs request that this Court enter an order quieting title to the property in favor of Plaintiffs and removing any encumbrances placed by Defendants.

### COUNT II - REMOVAL OF FRAUDULENT LIENS

14. Plaintiffs repeat and re-allege all prior paragraphs as if fully stated herein.

15. Defendants' actions constitute fraud and wrongful encumbrance of Plaintiffs' property.

16. Plaintiffs request an order directing the immediate removal of any fraudulent liens or claims asserted by Defendants.

### COUNT III - AFFIDAVIT TO BLOCK DEFENSE ATTORNEY FILINGS

17. Plaintiffs repeat and re-allege all prior paragraphs as if fully stated herein.

18. Any attorney representing Defendants does not have personal firsthand knowledge or standing to introduce evidence, file motions, or place statements on the record that would cause unnecessary delay in the enforcement of this action.

19. Plaintiffs submit this affidavit-based motion to bar Defendants' attorneys from filing any pleadings or motions intended to obstruct the rightful and lawful removal of fraudulent liens against the subject property.

20. The only valid rebuttal to this affidavit is a properly sworn affidavit from the Defendants themselves. No other pleadings, motions, or objections by their attorneys are feasible or acceptable in this proceeding.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Enter a declaratory judgment that Defendants have no valid claim or lien on the subject property;

B. Issue an order quieting title in favor of Plaintiffs;

C. Direct Defendants to immediately remove any fraudulent liens recorded against the property;

D. Grant Plaintiffs' affidavit barring Defendants' attorneys from filing any motions, pleadings, or actions intended to delay this proceeding, except for a sworn affidavit from Defendants themselves;

E. Award Plaintiffs any necessary damages for the harm caused by Defendants' fraudulent actions;

F. Grant any further relief the Court deems just and proper.

## VII. EXHIBITS

Plaintiffs attach the following exhibits in support of this Verified Complaint:

- Exhibit A: Copy of IRS Form 1099-A (Acquisition or Abandonment of Secured Property)
- Exhibit B: Copy of IRS Form 1099-B (Proceeds from Broker and Barter Exchange Transactions)
- Exhibit C: Correspondence or other supporting documents verifying the acceptance and processing of IRS Forms 1099-A and 1099-B
- Exhibit D: Forensic Auditor's Affidavit detailing the bifurcation and securitization of the original mortgage note
- Exhibit E: Affidavit and Notice to Bar Defendants' Attorneys from Obstructive Filings

## VERIFICATION

I, Johnny Horne, being duly sworn, depose and state that I am the Authorized Representative of the Johnny Lee Horne Private Irrevocable Foreign Grantor's Trust, and the facts stated herein are true and correct to the best of my knowledge.

Executed this _3rd_ day of _March_, 2025.

_____

Johnny Horne, Authorized Representative

Notary Public:

(SEAL)

MICHAEL LABRIOLA
MY COMMISSION # HH 181013
EXPIRES: October 4, 2025
Bonded Thru Notary Public Underwriters