# EXHIBIT "A"

☐ VOID ☐ CORRECTED (if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>Johnny Home<br>11386 61 st n<br>west palm beach FL 33412<br>US - Phone:5613731731 | | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | For calendar year<br>2024 | |
| **LENDER'S TIN**<br>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 | **BORROWER'S TIN**<br>13-4994650 | 1 Date of lender's acquisition or knowledge of abandonment<br>01/01/2023 | 2 Balance of principal outstanding<br>$200000 | **Copy B**<br>**For Borrower** |
| BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>JPMORGAN CHASE NA<br>Jeremy Barnum<br>383 Madison Avenue<br>New York city NY 10017<br>US<br>2122706000 | | | 4 Fair market value of property<br>$169000 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported |
| | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☑ | |
| | | 6 Description of property<br>HOME INVESTMENT LOAN CHASE | |
| Account number (see instructions)<br>833331355958 | | | |

Form **1099-A**(Rev. 1-2022)          www.tax1099.com - IRS Approved e File Provider          www.irs.gov/Form1099A

**Instructions for Borrower**

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences. Property means any real property (such as a personal residence), any intangible property, and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).**For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.**May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.**For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned. Box 3. Reserved for future use.

**Box 3.** Reserved for future use.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** SFor the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099A.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐ VOID ☐ CORRECTED(if checked)

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>Johnny Home<br>11386 61 st n<br>west palm beach FL 33412<br>US - Phone:5613731731 | | OMB No. 1545-0877<br>Form **1099-A**<br>(Rev. January 2022) | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | For calendar year<br>2024 | |
| **LENDER'S TIN**<br>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 | **BORROWER'S TIN**<br>13-4994650 | 1 Date of lender's acquisition or knowledge of abandonment<br>01/01/2023 | 2 Balance of principal outstanding<br>$200000 | **Copy C**<br>**For Lender** |
| BORROWER'S name,Street address (including apt. no.),City or town, state or province, country, and ZIP or foreign postal code<br>JPMORGAN CHASE NA<br>Jeremy Barnum<br>383 Madison Avenue<br>New York city NY 10017<br>US<br>2122706000 | | 4 Fair market value of property<br>$169000 | For Privacy Act and Paperwork Reduction Act Notice, see the **current General Instructions for Certain Information Returns.** |
| | | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . ▶ ☑ | |
| | | 6 Description of property<br>HOME INVESTMENT LOAN CHASE | |
| Account number (see instructions)<br>833331355958 | | | |

Form **1099-A**(Rev. 1-2022)  www.tax1099.com - IRS Approved e File Provider  www.irs.gov/Form1099A

**Instructions for Lender**

To complete Form 1099-A, use:

- The current General Instructions for Certain Information Returns, and
- The current Instructions for Forms 1099-A and 1099-C.

To order these instructions and additional forms, go to www.irs.gov/EmployerForms.

**Caution:** Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and to request filing or furnishing extensions, see the current General Instructions for Certain Information Returns.

**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

# EXHIBIT "B"

☐ CORRECTED ( If checked )

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>JPMORGAN CHASE NA<br>383 MADISON AVENUE<br>NEW YORK CITY NY 10017<br>US - Phone:2122706000 | | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|---|
| | | **1a** Description of property (Example: 100 sh. XYZ Co.)<br>HOME INVESTMENT CHASE | | |
| PAYER'S TIN<br>13-4994650 | RECIPIENT'S TIN<br>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 | **1b** Date acquired<br>01/01/2023 | **1c** Date sold or disposed<br>01/01/0001 | **Copy B<br>For<br>Recipient** |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>Johnny Horne<br>11386 61 st n<br>west palm beach FL 33412<br>US<br>5613731731 | | **1d** Proceeds<br>$ 4800000.00 | **1e** Cost or other basis<br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | **1f** Accrued market discount<br>$ | **1g** Wash sale loss disallowed<br>$ | |
| | | **2** Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | **3** If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| Account number (see instructions)<br>924723854357 | | **4** Federal income tax withheld<br>$ 250000.00 | **5** If checked, noncovered security ☐ | |
| | | **6** Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | **7** If checked, loss is not allowed based on amount in 1d ☐ | |
| CUSIP number<br>74441J811 | FATCA filing requirement<br>☐ | **8** Profit or (loss) realized in 2024 on closed contracts<br>$ | **9** Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | |
| 14 State name | 15 State identification no. | 16 State tax withheld | **10** Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | **11** Aggregate profit or (loss) on contracts<br>$ |
| | | $ | **12** If checked, basis reported to IRS ☐ | **13** Bartering<br>$ |

Form **1099-B**           www.tax1099.com - IRS Approved e File Provider           www.irs.gov/Form1099B

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the payer has assigned to distinguish your account.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**BFATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.**This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.**Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
**Box 1d.**Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
**Box 1e.**Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
*(Continued on the back of Copy 2.)*

☐ CORRECTED ( If checked )

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Johnny Horne<br>11386 61 st n<br>west palm beach FL 33412<br>US - Phone:5613731731 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|

| | | 1a Description of property (Example: 100 sh. XYZ Co.)<br>HOME INVESTMENT CHASE | | |
|---|---|---|---|---|

| PAYER'S TIN<br>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 | RECIPIENT'S TIN<br>13-4994650 | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed<br>01/01/0001 | **Copy C For Payer** |
|---|---|---|---|---|
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JPMORGAN CHASE NA<br>Jeremy Barnum<br>383 Madison Avenue<br>New York city NY 10017<br>US<br>2122706000 | | 1d Proceeds<br>$4800000.00 | 1e Cost or other basis<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2024 General Instructions for Certain Information Returns |
| | | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |
| | | 2 Short-term gain or loss ☐<br>   Long-term gain or loss ☐<br>   Ordinary        ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| Account number (see instructions)<br>355313873591 | | 4 Federal income tax withheld<br>$ 250000.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number<br>74441J811 | FATCA filing requirement☐ | 6 Reported to IRS:<br>   Gross proceeds ☐<br>   Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | |
| 14 State name | 15 State identification no. | 16 State tax withheld | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ | |
| | | $ | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$4800000.00 | |

Form**1099-B**
**Instructions for Payer**

www.tax1099.com - IRS Approved e File Provider            www.irs.gov/Form1099B

To complete Form 1099-B, use:

. The 2023 General Instructions for Certain Information Returns, and
. The 2023 Instructions for Form 1099-B. To order these instructions and additional forms, go to www.irs.gov/Form1099B.
**Caution:** Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.
**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2023 General Instructions for Certain Information Returns.

**Foreign recipient.** If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S, and Pub. 515.
**Need help?** If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

☐ CORRECTED ( If checked )

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>JPMORGAN CHASE NA<br>383 MADISON AVENUE<br>NEW YORK CITY NY 10017<br>US - Phone:2122706000 | | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|---|
| | | 1a Description of property (Example: 100 sh. XYZ Co.)<br>HOME INVESTMENT CHASE | | |
| PAYER'S TIN<br>13-4994650 | RECIPIENT'S TIN<br>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 | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed<br>01/01/0001 | **Copy C For Payer** |
| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>Johnny Horne<br>11386 61 st n<br>west palm beach FL 33412<br>US<br>5613731731 | | 1d Proceeds<br>$4800000.00 | 1e Cost or other basis<br>$ | |
| | | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | For Privacy Act and Paperwork Reduction Act Notice, see the 2024 General Instructions for Certain Information Returns |
| | | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary        ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| Account number (see instructions)<br>924723854357 | | 4 Federal income tax withheld<br>$ 250000.00 | 5 If checked, noncovered security ☐ | |
| CUSIP number<br>74441J811 | FATCA filing requirement☐ | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| | | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ | |
| 14 State name | 15 State identification no. | 16 State tax withheld | | |
| | | $ | | |

| 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |
|---|---|
| 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$ |

Form **1099-B**
**Instructions for Payer**

www.tax1099.com - IRS Approved e File Provider

www.irs.gov/Form1099B

To complete Form 1099-B, use:

. The 2023 General Instructions for Certain Information Returns, and
. The 2023 Instructions for Form 1099-B. To order these instructions and additional forms, go to www.irs.gov/Form1099B.
**Caution:** Because paper forms are scanned during processing, you cannot file with the IRS Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.
**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2023 General Instructions for Certain Information Returns.

**Foreign recipient.**If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S, and Pub. 515.
**Need help?**If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

☐ CORRECTED ( If checked )

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no<br>Johnny Horne<br>11386 61 st n<br>west palm beach FL 33412<br>US - Phone:5613731731 | Applicable checkbox on Form 8949<br>B | OMB No. 1545-0715<br>**2024**<br>Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|

| | | 1a Description of property (Example: 100 sh. XYZ Co.)<br>HOME INVESTMENT CHASE | |
|---|---|---|---|

| PAYER'S TIN<br>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 | RECIPIENT'S TIN<br>13-4994650 | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed<br>01/01/0001 | **Copy B For Recipient** |
|---|---|---|---|---|

| RECIPIENT'S name, address,City or town, state or province, ZIP/ postal code & Country<br>JPMORGAN CHASE NA<br>Jeremy Barnum<br>383 Madison Avenue<br>New York city NY 10017<br>US<br>2122706000 | 1d Proceeds<br>$ 4800000.00 | 1e Cost or other basis<br>$ |
|---|---|---|

| | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ |
|---|---|---|

| | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ |
|---|---|---|

| Account number (see instructions)<br>355313873591 | 4 Federal income tax withheld<br>$ 250000.00 | 5 If checked, noncovered security ☐ |
|---|---|---|

| | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ |
|---|---|---|

| CUSIP number<br>74441J811 | FATCA filing requirement<br>☐ | 8 Profit or (loss) realized in 2024 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2023<br>$ |
|---|---|---|---|

| 14 State name | 15 State identification no. | 16 State tax withheld<br>$ | 10 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |
|---|---|---|---|---|

| | | | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$4800000.00 |
|---|---|---|---|---|

This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form**1099-B**          www.tax1099.com - IRS Approved e File Provider          www.irs.gov/Form1099B

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the payer has assigned to distinguish your account.
**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.
**BFATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.
**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.
**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.
**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or non-Section 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).
**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.
*(Continued on the back of Copy 2.)*

# EXHIBIT "C"

ONLINE

Search

HOME     ABOUT US     PRICING     1099 FORMS     TIN MATCHING     FILE SHARE     SUPPORT CENTER

My Dashboard          Manage Account          Prepay Account          Reports ⌄                    Welcome - johnny Horne

## Manage Forms

### Form 1099/1042-S

Payer: JPMORGAN CHASE ...          TaxYear: 2024

Download All PDF    Download Multiple PDF    Export To Excel    USPS mail to Recipient    E-Mail Recipient Copy    Block Submission    Change Schedule Date

Search Recipient

| | Reference Number | Recipient Name | TIN | Form Name | Status | Submitted Date | Scheduled Date | Action |
|---|---|---|---|---|---|---|---|---|
| ☐ | 201815166 | Johnny Horne living revocable trust | 93-6659274 | 1099B | Accepted | 11/24/2024 | Submitted to IRS | Select |
| ☐ | 201825409 | Johnny Horne living revocable trust | 93-6659274 | 1099B | Accepted | 01/15/2025 | Submitted to IRS | Select |

○○**1**○○   1...   Items per page                                          1 - 2 of 2 items

Track Mail Status

COMPANY
---------------------------

Home
About Us
Pricing
1099 Forms
Support Center

OUR PRODUCTS
---------------------------------

Green Tax 2290





GET IN TOUCH WITH US
---------------------------

1600 Solana Blvd. Suite 8130
Westlake, Texas 76262
★ ★ ★ ★





© 2025 1099Online.com. All Rights Reserved.  Terms & Conditions  |  Privacy Policy

ONLINE

Search

My Dashboard        Manage Account        Prepay Account        Reports ⌄                Welcome · johnny Horne

## Manage Forms

### Form 1099/1042-S

Payer :  Johnny HORNE livin...        TaxYear :  2024

Download All PDF     Download Multiple PDF     Export To Excel     USPS mail to Recipient     E-Mail Recipient Copy     Block Submission     Change Schedule Date

Search Recipient

| | Reference Number | Recipient Name | TIN | Form Name | Status | Submitted Date | Scheduled Date | Action |
|---|---|---|---|---|---|---|---|---|
| ☐ | 201815164 | JPMORGAN CHASE NA | 13-4994650 | 1099A | Accepted | 11/24/2024 | Submitted to IRS | Select |
| ☐ | 201825395 | JPMORGAN CHASE NA | 13-4994650 | 1099A | Accepted | 01/15/2025 | Submitted to IRS | Select |
| ☐ | 201850575 | BSI Financial Services | 04-3800293 | 1099A | Accepted | 01/28/2025 | Submitted to IRS | Select |
| ☐ | 201815165 | JPMORGAN CHASE NA | 13-4994650 | 1099B | Accepted | 11/24/2024 | Submitted to IRS | Select |
| ☐ | 201825400 | JPMORGAN CHASE NA | 13-4994650 | 1099B | Accepted | 01/15/2025 | Submitted to IRS | Select |
| ☐ | 201850629 | BSI Financial Services | 04-3800293 | 1099B | Accepted | 01/28/2025 | Submitted to IRS | Select |

◯◯①◯◯    1...    Items per page                                          1 - 6 of 6 items

Track Mail Status

COMPANY
--------------------------

Home
About Us
Pricing
1099 Forms
Support Center

OUR PRODUCTS
--------------------------------

Green Tax 2290

GET IN TOUCH WITH US
--------------------------

1600 Solana Blvd. Suite 8130
Westlake, Texas 76262
★ ★ ★ ★







© 2025 1099Online.com. All Rights Reserved.  Terms & Conditions  |  Privacy Policy

# EXHIBIT "D"

**REPORT REQUESTED BY:**
Johnny Horne and
Marlene P. Horne
11386 61st Street North
West Palm Beach, FL 33412

## AFFIDAVIT OF JOSEPH R. ESQUIVEL JR.

I, Joseph R. Esquivel Jr, declare as follows:

1.  I am over the age of 18 years and qualified to make this Affidavit.

2.  I am a licensed private investigator in the State of Texas, License # A20449.

3.  I make this Affidavit based on my own personal knowledge.

4.  I make this Affidavit in support of Mortgage Compliance Investigations <u>Chain of Title Analysis & Mortgage Fraud Investigation</u> requested by Johnny Horne and Marlene P. Horne regarding the Loan Instruments and the associated real property located at 11386 61st Street North, West Palm Beach, FL 33412, as referenced in the Palm Beach County Record.

5.  I have no direct or indirect interest in the outcome of the case at bar for which I am offering my observations.

6.  I have personal knowledge and experience in the topic areas related to the securitization of mortgage loans, real property law, Uniform Commercial Code practices, predatory lending practices, assignment and assumption of securitized loans, creation of trusts under deeds of trust, pooling and servicing agreements, issuance of asset-backed securities and specifically mortgage-backed securities by special purpose vehicles in which an entity is named as trustee for holders of certificates of mortgage backed securities, the foreclosure process of securitized and non-securitized residential mortgages in both judicial and non-judicial states, and the various forms of foreclosure-related fraud.

7.  I perform my research through the viewing of loan level data and Corporate/Trust Documents that have been obtained by Housing Mortgage Consultants (William McCaffrey). I then analyze the information for the purpose of the investigation.

8.  I have the training, knowledge and experience to perform these searches and understand the meaning of these records and documents with very reliable accuracy.

1

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

9. I am available for court appearances, in person or via telephone for further clarification or explanation of the information provided herein, or for cross examination if necessary.

10. Mr. McCaffrey of Housing Mortgage Consultants is also available for court appearances, in person or via telephone, for further clarification or explanation of the information provided herein, or for cross examination if necessary.

11. I have been hired by Johnny Horne and Marlene P. Horne to investigate and review documents pertaining to the property located at 11386 61st Street North, West Palm Beach, FL 33412. These documents have been obtained from the Palm Beach Clerk of Courts Office and from BSI Servicing on July 10, 2023. Those documents are as follows:

| Exhibit | Document Name | Date Recorded | Document Number |
|---------|---------------|---------------|-----------------|
| A | Note | - Not Recorded - | 737865 |
| B | Mortgage | May 26, 2017 | 2017019023 BK: 29114 Pg: 512 |
| C | Voluntary Liens Report | -Not Recorded- | |
| D | Pages 1-9 of Offering Circular Supplement GNMA 2017-099 | -Not Recorded- | |

12. On March 13, 2024, the Johnny Horne and Marlene P. Horne payment stream (The Debt) was identified in the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 ("GNMA 2017-099 Trust") This trust is a Special Purpose Vehicle (SPV) which was created for the purpose of issuing mortgage-backed securities.

13. The returns that are paid on the mortgage-backed securities are derived from "slices" ("tranches") of the pool of comingled payments. "Pooling" (commingling) these trust assets to back financial instruments purportedly serve as the foundation for the instruments (as "securities") being offered and sold to secondary-market investors, in the process known as "securitization."

14. The information contained herein was derived by research through professional services, and by reviewing the Loan Level Data obtained from the Ginnie Mae Enterprise Online Portal on March 13, 2024, by independent third-party securitization and banking expert, William McCaffrey (Housing Mortgage Consultants Inc.), who specializes in locating Residential Mortgage-Backed Securities, (RMBS), and VA, FHA and GSE loans. Several identifying loan indicators were researched, including the loan number for the Johnny Horne and Marlene P. Horne Loan (located

2

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

on the Note, attached hereto as Exhibit "A," and on the Mortgage, attached as Exhibit "B").

15. Based on the research that I have conducted, the evidence shows that the Johnny Horne and Marlene P. Horne payment stream (The Debt) is currently in the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099as shown by the information below, as of March 13, 2024.

16. The Loan Level Data information for the Johnny Horne and Marlene P. Horne loan below was obtained from the Ginnie Mae Enterprise Online Portal by an independent third party who specializes in locating Residential Mortgage-Backed Securities, (RMBS), and VA, FHA and GSE loans (Housing Mortgage Consultants), William McCaffrey on March 13, 2024.

**Search Results:** – Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099

**Trust Closing date:** July 28, 2017.
This is the last date in which assets may be placed into the trust.

1|93489761|N|737865|WHOLESALE|GSF MORTGAGE CORP|SERVICE ONE INC|4.375|4.375|4.750|000337301.00|
000337301.00|360|07/2017|000|360|06/2047|095|095|01|||NO|PURCHASE|SF||PRIMARY||FL|3341
2|FIXED||NO |1684.09| P|095-4226692-703-203B||GINNIE MAE REMIC TRUST 2017-099

The information below was taken from above, put into a vertical column and the information was cross indexed with the Johnny Horne and Marlene P. Horne Note and Mortgage to show the matching indicators information.

1

|93489761 - ID number for Trust

|N

|737865 - Corresponding Loan Number – **Match Note**

|WHOLESALE - Classification of Loan – Retail, Wholesale or Corresponding

|GSF MORTGAGE CORP - Seller of Payment Stream (the Debt) to Government National Mortgage Association – **Matches Lender on Note and Mortgage**

|SERVICE ONE INC – Current Servicer

|4.375 - the actual interest rate that the payment stream (the Debt) was purchased at

|4.375 - Original Interest Rate – **Matches Note**

|4.750 - Triad Coupon Rate

|000337301.00 - Original loan amount – **Matches Note**

3

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

|000337301.00 - Premium Price sold to Government National Mortgage Association

|360 - Length of Loan in months – **Matches Note**

|07/2017 - Date of First Payment for loan – **Matches Note**

|000

|360 – Loan Amortization at 360 months

|06/2047 - Date of Maturity – **Matches Note**

|095 - LTV

|095 - LCTV

|01 – Prepay Available – Yes – **Matches Note**

|

|

|NO - Refinance

|PURCHASE - (Type of Loan) vs Refinance

|SF – Single Family

|

|PRIMARY – Type of Residence

|

|FL – State Abbreviation – **Matches Note and Mortgage**

|33412 – Property Zip Code – **Matches Note and Mortgage**

|FIXED - Type of Loan Fixed or Adjustable Rate

|

|NO

|1684.09 – Monthly Payment – **Matches Note**

| P

|095-4226692-703-203B – FHA Case No. – **Matches Note and Mortgage**

|

|GINNIE MAE REMIC TRUST 2017-099 – Trust Series where the Payment Stream (The Debt) is located


17. "Loan Level Data" refers to specific loan characteristics of the loan. Examples of different types of specific data types would be "Loan number," "Original Balance," "Maturity Date," "Property State," "Property Zip Code," "Property City," "Pool Number," and many more. Depending on the information that was available when the information was inputted and entered into the data

4

platform, some loans would have more data available and others would have less.

18. Securitization is the process of "aggregating" (i.e., commingling) the payments from a large number of mortgage loans into what is called a "mortgage pool" and then selling "shares" (called "certificates") to investors, who then receive "returns" over a specific time period. The "pool" of commingled mortgage payments is "sliced" into "tranches" from which many different "classes" of investments (with varying rates of "returns") are created, and subsequently offered for sale by way of a "prospectus." Based on this information, Johnny Horne and Marlene P. Horne's mortgage payments ultimately flowed to and/or through the "pool" created by or on behalf of the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 Trust. However, in my opinion, it is impossible to determine the exact amounts from any mortgage payment paid out to any specific investor, as this was done *after* Johnny Horne and Marlene P. Horne's payments were commingled with other monies.

19. The indicators pertaining to the Johnny Horne and Marlene P. Horne loan show that the payment stream (The Debt) was securitized, however it was not done properly; and that Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 paid value for the Johnny Horne and Marlene P. Horne payment stream (The Debt) which was the right to collect future payments for the Johnny Horne and Marlene P. Horne mortgage loan.

20. Residential mortgage-backed securities, or RMBS, are bonds or notes created by securitization that are backed by residential mortgages or residential real estate loans. RMBS originators are typically financial institutions that originate residential real estate or residential mortgage loans, including banks, building societies/savings & loans and mortgage finance companies. However, issuers could also include government-guaranteed securities issued following bank bailouts, such as TARP or TALF, and the Government Sponsored Enterprises Fannie Mae and Freddie Mac.

21. To create residential mortgage-backed securities, or RMBS, institutions sell pools of their loans to a special-purpose vehicle, or SPV, which then sells the loans to a trust. The trust then repackages the loans as interest-bearing securities and issues them. This true sale of the loans to the SPV ensures that the RMBS is treated as bankruptcy-remote from the originator.

22. These trust entities are REMIC'S in which the IRS describes a (Real Estate Mortgage Investment Conduit) REMIC as an entity formed for the purpose of holding a fixed pool of mortgages secured

5

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

by interests in real property (IRS Publication 550, Investment Income and Expenses, 2015)

23. Without these transactions going through the proper parties, valid transactions can not take place and that would leave the trust without having properly secured assets for the certificate holders.

24. I have examined the most current copy of the Johnny Horne and Marlene P. Horne Promissory Note (which was obtained by the borrower from BSI Financial Services on or about July 10, 2023); the Johnny Horne and Marlene P. Horne Mortgage; and the entire public records of the Johnny Horne and Marlene P. Horne Mortgage, and have found that Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 Trust is not named in any manner on any of the instruments (See Exhibits "A" thru "C" attached within).

25. I have examined a purported to be true and correct copy of a Promissory Note of Johnny Horne and Marlene P. Horne dated May 19, 2017, regarding a loan for $337,301.00. The Original Lender of the May 19, 2017, Horne loan is GSF Mortgage Corporation (See Exhibit "A" attached within).

   a. This copy of the Johnny Horne and Marlene P. Horne Note has an incomplete stamping on the Note itself from GSF Mortgage Corporation, signed by Chad J. Jampedro as President, made payable to an as of yet unnamed payee.

26. The Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 are not named in any way on the Johnny Horne and Marlene P. Horne Note.

   a. U.S. Bank National Association as Trustee for the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 not in its Individual Capacity but solely as Trustee for Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 is not named or referenced in any way on the Johnny Horne and Marlene P. Horne Note.

   b. The Government National Mortgage Association as Guarantor for the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 not in its Individual Capacity but solely as Guarantor for Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 is not named or referenced in any way on the Johnny Horne and Marlene P. Horne Note.

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

27. There is no evidence that Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 ever received an ownership interest in the Johnny Horne and Marlene P. Horne Note.

28. Endorsement is mechanically necessary to constitute transfer interest to party not originally named. Entitlement to enforce a note focuses on the relationship between the maker of the note and the person enforcing it. Ownership of the note is a concept that deals with who is entitled to the economic fruits of the note.

29. Paragraph 1 of the Johnny Horne and Marlene P. Horne Note states "*I understand that the Lender may transfer this Note. The Lender or Anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Noteholder."*"

30. I have examined a Mortgage of Johnny Horne and Marlene P. Horne dated May 19, 2017, and filed in the Official Records of the Palm Beach Clerk of Courts Office on May 26, 2017 as ins# 2017019023 BK: 29114 Pg: 512 (See Exhibit "B" attached within).

    a. The **Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099** are not named in any way to the Johnny Horne and Marlene P. Horne Mortgage

    b. U.S. Bank National Association as Trustee for the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 not in its Individual Capacity but solely as Trustee for Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 is not named or referenced in any way on the Johnny Horne and Marlene P. Horne Mortgage

    c. The Government National Mortgage Association as Guarantor for the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 not in its Individual Capacity but solely as Guarantor for Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 is not named or referenced in any way on the Johnny Horne and Marlene P. Horne Mortgage.

31. I have examined the Palm Beach County Record relating to the Johnny Horne and Marlene P. Horne Mortgage dated May 19, 2017. The Palm Beach County Record shows that no

7

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

Assignments of Mortgage have been filed into the public records (See Exhibit "C" attached within).

32. Based on my examination of the Johnny Horne and Marlene P. Horne loan instruments, and all available documents recorded in the Palm Beach County records associated therewith, there is no evidence or indication that Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 ever acquired ownership rights to the Johnny Horne and Marlene P. Horne loan, note, Mortgage, the debt purportedly 'evidenced' thereby, and/or the real property purportedly 'secured' thereby.

33. Based on my examination, as Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 has never acquired rights to the Johnny Horne and Marlene P. Horne Note and Mortgage, those rights can not be transferred to another party.

34. In my professional observation, all the available evidence that I have examined lacks proof, or even a showing, of any proper transfer of the debt obligation (purportedly evidenced by the note) along with proper transfer of collateral rights in the real property (purportedly evidenced by the Mortgage). In fact, there is no evidence that suggests the Johnny Horne and Marlene P. Horne note was properly transferred simultaneously with any purported transfer of the beneficial rights in the Johnny Horne and Marlene P. Horne Mortgage.

35. The transfer and sale of all Beneficial Interest of the Johnny Horne and Marlene P. Horne Mortgage to Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 should have been done on or before the Closing Date of the Guaranteed REMIC Pass-Through Securities and MX Securities Ginnie Mae REMIC Trust 2017-099 which was July 28, 2017 (See Exhibit "D" attached within).

//

//

//

//

//

//

//

8

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

The above statements are affirmed by me under penalty of perjury under the laws of the State of Texas to be true and correct to the best of my knowledge and belief, are based on my own personal knowledge, and I am competent to make these statements.

FURTHER THE AFFIANT SAYETH NAUGHT

By; _Joseph R Esquivel Jr_____

Joseph R Esquivel, Jr.
Private Investigator License # A20449
Mortgage Compliance Investigations LLC

STATE OF TEXAS            )
                          )
COUNTY OF TRAVIS          )

Subscribed and sworn before me, _Lori M. Esquivel_____, Notary Public, on this _19th_ day of _March_, 2024 by Joseph R Esquivel, Jr proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

LORI M. ESQUIVEL
ID #130167889
My Commission Expires
March 25, 2027

_Lori M. Esqui_____
Notary Public

---

Affidavit of Joseph R. Esquivel, Jr. for – Johnny Horne and Marlene P. Horne 11386 61st Street North, West Palm Beach, FL 33412

☐ CORRECTED (if checked)

| LENDER'S name,DBA, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no. <br><br> Johnny Horne <br> 11386 61 st n <br> west palm beach FL 33412 <br> US - Phone: 5613731731 | | OMB No. 1545-0877 <br> (Rev. January 2022) <br><br> **2023** <br> Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | 1 Date of lender's acquisition or knowledge of abandonment <br><br> 1/1/2023 | 2 Balance of principal outstanding <br><br> $ 350000.00 | **Copy B** <br> **For Borrower** <br><br> This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions) <br><br> 525666184156 | | | |
| BORROWER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code <br> BSI Financial Services <br> Scott Johnson <br> 314 S Franklin Street <br> Titusville PA 16354 <br> US | 3 | 4 Fair market value of property <br><br> $ 350000.00 | |
| | 5 If checked, the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . . . . . ☑ | | |
| | 6 Description of property <br><br> mortgage, real property | | |
| LENDER'S TIN <br><br> 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 | BORROWER'S TIN <br><br> 04-3800293 | | |

Form **1099-A**          (Rev. 1-2022)                          www.1099online.com - IRS Approved e File Provider

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition is generally measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. The tax consequences of abandoning property depend on whether or not you were personally liable for the debt. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681 for information about your tax consequences.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan , the date shown is generally the earlier of the date title was transferred to the lender

or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 3.** Reserved for future use .

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.

**Future developments.** For the latest information about developments related to Form 1099-A and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099a*.

**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐   CORRECTED

| LENDER'S name, DBA, street address, city or town, state or province, country, ZIP or foreign postal code and telephone no. | | OMB No. 1545-0877 (Rev. January 2022) **2023** Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| Johnny Horne 11386 61 st n west palm beach FL 33412 US | | | |

| | | | |
|---|---|---|---|
| | | **1** Date of lender's acquisition or knowledge of abandonment | **2** Balance of principal outstanding | **Copy C For Lender** |

| Account number (see instructions) 525666184156 | 1/1/2023 | $350000.00 | For Privacy Act and Paperwork Reduction Act Notice, see the current **General Instructions for Certain Information Returns.** |
|---|---|---|---|

| BORROWER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code BSI Financial Services Scott Johnson 314 S Franklin Street Titusville PA 16354 US | **3** | **4** Fair market value of property $350000.00 | |
|---|---|---|---|

**5** Check if the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☑

**6** Description of property

  mortgage, real property

| LENDER'S TIN 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 | BORROWER'S TIN 04-3800293 | | |
|---|---|---|---|

Form **1099-A**   (Rev. 1-2022)     www.1099online.com - IRS Approved e File Provider

**Instructions for Lender**
To complete Form 1099-A, use:
• the current General Instructions for Certain Information Returns, and
• the current Instructions for Forms 1099-A and 1099-C.
To order these instructions and additional forms, go to *www.irs.gov/form1099a.*
**Caution:** Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.

**Filing and furnishing.** For filing and furnishing instructions, including due dates, and to request filing or furnishing extensions, see the current General Instructions for Certain Information Returns.
**Need help?** If you have questions about reporting on Form 1099-A, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

☐ CORRECTED (if checked)

| PAYER'S name, DBA, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949 | OMB No. 1545-0715 | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|
| Johnny Horne<br>11386 61 st n<br>west palm beach FL 33412<br>US - Phone: 5613731731 | B | **2023**<br>Form **1099-B** | |

| | 1a Description of property (Example 100 sh. XYZ Co.) mortgage real property | |
|---|---|---|

| Account number (see instructions) | 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| 349186376543 | 1d Proceeds<br>$ 350000.00 | 1e Cost or other basis<br>$ | |

| RECIPIENT'S name, address, ZIP/ postal code & Country | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| BSI Financial Services<br>Scott Johnson<br>314 S Franklin Street<br>Titusville PA 16354<br>US | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 Check if proceeds from:<br>Collectibles ☐<br>QOF ☐ | |
| | 4 Federal income tax withheld<br>$ | 5 if Checked, noncovered security ☐ | |
| | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 if Checked loss is not allowed based on amount in 1d ☐ | |

| PAYER'S federal identification number<br>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 | RECIPIENT'S identification number<br>04-3800293 | 8 Profit or (loss) realized in 2023 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts-12/31/2022<br>$ | |
|---|---|---|---|---|

| CUSIP number<br>38380F3L8 | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts-12/31/2023<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |
|---|---|---|---|

| 14 State name | 15 State identification no | 16 State tax withheld<br>$<br>$ | 12 Check if basis reported to IRS ☐ | 13 Bartering<br>$ 3500000.00 |
|---|---|---|---|---|

Form **1099-B**            www.1099online.com - IRS Approved e File Provider

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code. You may also have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or nonSection 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.

(Continued on the back of Copy 2.)

☐ CORRECTED

| PAYER'S name,DBA, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949<br><br>B | OMB No. 1545-0715<br><br>**2023**<br><br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|

Johnny Horne
11386 61 st n
west palm beach FL 33412
US

| 1a Description of property (Example 100 sh. XYZ Co.)<br>mortgage real property | |
|---|---|

| Account number (see instructions)<br><br>349186376543 | 2nd TIN not.<br><br>☐ |
|---|---|

| 1b Date acquired<br>01/01/2023 | 1c Date sold or disposed |
|---|---|
| 1d Proceeds<br>$ 350000.00 | 1e Cost or other basis<br>$ |
| 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ |

**Copy C**

**For Payer**

For Privacy Act and Paperwork Reduction Act Notice, see the **2023 General Instructions for Certain Information Returns.**

| RECIPIENT'S name, address, ZIP/ postal code & Country<br><br>BSI Financial Services<br>Scott Johnson<br>314 S Franklin Street<br>Titusville PA 16354<br>US |
|---|

| 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 Check if proceeds from:<br>Collectibles ☐<br>QOF ☐ |
|---|---|
| 4 Federal income tax withheld<br>$ | 5 Check if noncovered security ☐ |
| 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 Check if loss is not allowed based on amount in 1d ☐ |
| 8 Profit or (loss) realized in 2023 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts-12/31/2022<br>$ |

| PAYER'S federal identification number<br>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 | RECIPIENT'S identification number<br>04-3800293 |
|---|---|

| CUSIP number<br>38380F3L8 | FATCA filing requiremen ☐ |
|---|---|

| 10 Unrealized profit or (loss) on open contracts-12/31/2023<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ |
|---|---|

| 14 State name | 15 State identification no | 16 State tax withheld<br>$<br>$ |
|---|---|---|

| 12 Check if basis reported to IRS ☐ | 13 Bartering<br>$ 3500000.00 |
|---|---|

Form **1099-B**            www.1099online.com - IRS Approved e File Provider

**Instructions for Payer**
To complete Form 1099-B, use:
• the 2023 General Instructions for Certain Information Returns, and
• the 2023 Instructions for Form 1099-B.
To order these instructions and additional forms, go to *www.irs.gov/EmployerForms.*
**Caution.** Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.
**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2022 General Instructions for Certain Information Returns.

**Foreign recipient.** If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S and Pub. 515.
**Need help?** If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

☐ CORRECTED

| PAYER'S name,DBA, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>BSI Financial Services<br>314 Franklin Street<br>Titusville PA 16354<br>US | Applicable check box on Form 8949<br><br>B | OMB No. 1545-0715<br><br>**2023**<br><br>Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|

| | **1a** Description of property (Example 100 sh. XYZ Co.) mortgage real property | |
|---|---|---|

| | **1b** Date acquired<br>01/01/2023 | **1c** Date sold or disposed | |
|---|---|---|---|

| Account number (see instructions)<br><br>755995126978 | **2nd TIN not.**<br><br>☐ | **1d** Proceeds<br>$ 3500000.00 | **1e** Cost or other basis<br>$ |
|---|---|---|---|
| | | **1f** Accrued market discount<br>$ | **1g** Wash sale loss disallowed<br>$ |

| RECIPIENT'S name, address, ZIP/ postal code & Country<br><br>Johnny Horne<br>11386 61 st n<br>west palm beach FL 33412<br>US | **2** Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | **3** Check if proceeds from:<br>Collectibles ☐<br>QOF ☐ |
|---|---|---|
| | **4** Federal income tax withheld<br>$ 250000.00 | **5** Check if noncovered security ☐ |
| | **6** Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | **7** Check if loss is not allowed based on amount in 1d ☐ |

| PAYER'S federal identification number<br>04-3800293 | RECIPIENT'S identification number<br>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 | **8** Profit or (loss) realized in 2023 on closed contracts<br>$ | **9** Unrealized profit or (loss) on open contracts-12/31/2022<br>$ |
|---|---|---|---|

| CUSIP number<br>38380F3L8 | FATCA filing requiremen<br>☐ | **10** Unrealized profit or (loss) on open contracts-12/31/2023<br>$ | **11** Aggregate profit or (loss) on contracts<br>$ |
|---|---|---|---|

| **14** State name | **15** State identification no | **16** State tax withheld<br>$<br>$ | **12** Check if basis reported to IRS ☐ | **13** Bartering<br>$ |
|---|---|---|---|---|

**Copy C**

**For Payer**

For Privacy Act and Paperwork Reduction Act Notice, see the **2023 General Instructions for Certain Information Returns.**

Form **1099-B**       www.1099online.com - IRS Approved e File Provider

**Instructions for Payer**
To complete Form 1099-B, use:
• the 2023 General Instructions for Certain Information Returns, and
• the 2023 Instructions for Form 1099-B.
To order these instructions and additional forms, go to *www.irs.gov/EmployerForms.*
**Caution.** Because paper forms are scanned during processing, you cannot file certain Forms 1096, 1097, 1098, 1099, 3921, or 5498 that you print from the IRS website.
**Filing and furnishing.** For filing and furnishing instructions, including due dates, and requesting filing or furnishing extensions, see the 2022 General Instructions for Certain Information Returns.

**Foreign recipient.** If the recipient of the proceeds is a nonresident alien, you may have to withhold federal income tax and file Form 1042-S. See the Instructions for Form 1042-S and Pub. 515.
**Need help?** If you have questions about reporting on Form 1099-B, call the information reporting customer service site toll free at 866-455-7438 or 304-263-8700 (not toll free). Persons with a hearing or speech disability with access to TTY/TDD equipment can call 304-579-4827 (not toll free).

☐ CORRECTED (if checked)

| PAYER'S name, DBA, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | Applicable check box on Form 8949  B | OMB No. 1545-0715  **2023**  Form **1099-B** | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|

PAYER'S name: BSI Financial Services, 314 Franklin Street, Titusville PA 16354, US - Phone: 8773359048

| | |
|---|---|
| 1a Description of property (Example 100 sh. XYZ Co.) mortgage real property | |

| Account number (see instructions)  755995126978 | 1b Date acquired  01/01/2023 | 1c Date sold or disposed | **Copy B For Recipient** |
|---|---|---|---|

| RECIPIENT'S name, address, ZIP/ postal code & Country | 1d Proceeds  $ 3500000.00 | 1e Cost or other basis  $ | |
|---|---|---|---|

RECIPIENT'S name: Johnny Horne, 11386 61 st n, west palm beach FL 33412, US

| 1f Accrued market discount  $ | 1g Wash sale loss disallowed  $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|
| 2 Short-term gain or loss ☐  Long-term gain or loss ☐  Ordinary ☐ | 3 Check if proceeds from:  Collectibles ☐  QOF ☐ | |
| 4 Federal income tax withheld  $ 250000.00 | 5 if Checked, noncovered security ☐ | |
| 6 Reported to IRS:  Gross proceeds ☐  Net proceeds ☐ | 7 if Checked loss is not allowed based on amount in 1d ☐ | |

| PAYER'S federal identification number  04-3800293 | RECIPIENT'S identification number  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 | 8 Profit or (loss) realized in 2023 on closed contracts  $ | 9 Unrealized profit or (loss) on open contracts-12/31/2022  $ |
|---|---|---|---|

| CUSIP number  38380F3L8 | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts-12/31/2023  $ | 11 Aggregate profit or (loss) on contracts  $ |
|---|---|---|---|

| 14 State name | 15 State identification no | 16 State tax withheld  $  $ | 12 Check if basis reported to IRS ☐ | 13 Bartering  $ |
|---|---|---|---|---|

Form **1099-B**      www.1099online.com - IRS Approved e File Provider

**Instructions for Recipient**

Brokers and barter exchanges must report proceeds from (and in some cases, basis for) transactions to you and the IRS on Form 1099-B. Reporting is also required when your broker knows or has reason to know that a corporation in which you own stock has had a reportable change in control or capital structure. You may be required to recognize gain from the receipt of cash, stock, or other property that was exchanged for the corporation's stock. If your broker reported this type of transaction to you, the corporation is identified in box 1a.

**Recipient's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**CUSIP number.** Shows the CUSIP (Committee on Uniform Security Identification Procedures) number or other applicable identifying number.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue code. You may also have a filing requirement. See the Instructions for Form 8938.

**Applicable checkbox on Form 8949.** Indicates where to report this transaction on Form 8949 and Schedule D (Form 1040), and which checkbox is applicable. See the instructions for your Schedule D (Form 1040) and/or Form 8949.

**Box 1a.** Shows a brief description of the item or service for which amounts are being reported. For regulated futures contracts and forward contracts, "RFC" or other appropriate description may be shown. For Section 1256 option contracts, "Section 1256 option" or other appropriate description may be shown. For a corporation that had a reportable change in control or capital structure, this box may show the class of stock as C (common), P (preferred), or O (other).

**Box 1b.** This box may be blank if box 5 is checked or if the securities sold were acquired on a variety of dates. For short sales, the date shown is the date you acquired the security delivered to close the short sale.

**Box 1c.** Shows the trade date of the sale or exchange. For short sales, the date shown is the date the security was delivered to close the short sale. For aggregate reporting in boxes 8 through 11, no entry will be present.

**Box 1d.** Shows the cash proceeds, reduced by any commissions or transfer taxes related to the sale, for transactions involving stocks, debt, commodities, forward contracts, non-Section 1256 option contracts, or securities futures contracts. May show the proceeds from the disposition of your interest(s) in a widely held fixed investment trust. May also show the aggregate amount of cash and the fair market value of any stock or other property received in a reportable change in control or capital structure arising from the corporate transfer of property to a foreign corporation. Losses on forward contracts or nonSection 1256 option contracts are shown in parentheses. This box does not include proceeds from regulated futures contracts or Section 1256 option contracts. Report this amount on Form 8949 or on Schedule D (Form 1040) (whichever is applicable) as explained in the Instructions for Schedule D (Form 1040).

**Box 1e.** Shows the cost or other basis of securities sold. If the securities were acquired through the exercise of a noncompensatory option granted or acquired on or after January 1, 2014, the basis has been adjusted to reflect your option premium. If the securities were acquired through the exercise of a noncompensatory option granted or acquired before January 1, 2014, your broker is permitted, but not required, to adjust the basis to reflect your option premium. If the securities were acquired through the exercise of a compensatory option, the basis has not been adjusted to include any amount related to the option that was reported to you on a Form W-2. If box 5 is checked, box 1e may be blank. See the Instructions for Form 8949, the Instructions for Schedule D (Form 1040), or Pub. 550 for details.

(Continued on the back of Copy 2.)

LOAN #: 737865
MIN: 1003109-0000737748-8

## NOTE

FHA Case No.
095-4226692-703-203B

May 19, 2017                                   BROOKFIELD,                                   Wisconsin
[Date]                                             [City]                                          [State]

11366 61st Street North, West Palm Beach, FL 33412
[Property Address]

**1. BORROWER'S PROMISE TO PAY**

In return for a loan that I have received, I promise to pay U.S. $337,301.00          (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is **GSF Mortgage Corporation.**

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

**2. INTEREST**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **4.375 %.**

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

**3. PAYMENTS**

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the **1st**     day of each month beginning on **July 1, 2017.** I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest and any other items in the order described in the Security Instrument before Principal. If, on **June 1, 2047,**          I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at **15430 W Capitol Drive**
**Brookfield, WI 53005**
or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. **$1,684.09.**

**4. BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

**5. LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

**6. BORROWER'S FAILURE TO PAY AS REQUIRED**

(A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **4.000 %** of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

(B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

(C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and

FLORIDA FIXED RATE NOTE – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3210 1/01
Modified for FHA 9/15 (rev. 2/16)
Ellie Mae, Inc.

Page 1 of 3



FHA3200FLNT   0216
FHA3200NOT (CLS)
05/19/2017 08:33 AM PST

LOAN #: 737865

all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

(D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

### 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

### 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

### 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

### 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 14 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

### 11. DOCUMENTARY TAX

The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____ (Seal)
JOHNNY HORNE

_____ (Seal)
MARLENE P HORNE

Lender: GSF Mortgage Corporation
NMLS ID: 1018
Loan Originator: Timothy Scott Kiernan
NMLS ID: 47097

[Sign Original Only]

FLORIDA FIXED RATE NOTE – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3210 1/01
Modified for FHA 9/15 (rev. 2/16)
Ellie Mae, Inc.                                                    Page 2 of 3                    FHA3200FLNT  0216
                                                                                                 FHA3200NOT (CLS)
                                                                                                 05/19/2017 08:33 AM PST



LOAN #: 737865

PAY TO THE ORDER OF:
WITHOUT RECOURSE
GSF Mortgage Corporation

BY: _____
Chad J. Jampedro, President

[Sign Original Only]

FLORIDA FIXED RATE NOTE – Single Family – Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3210 1/01
Modified for FHA 9/15 (rev. 2/16)
Ellie Mae, Inc.                                        Page 3 of 3                              FHA3200FLNT   0216
                                                                                                FHA3200NOT (CLS)
                                                                                      05/19/2017 08:33 AM PST

# AFFIDAVIT AND PREEMPTIVE NOTICE TO BAR DEFENDANTS' ATTORNEYS FROM OBSTRUCTIVE FILINGS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHNNY HORNE and MARLENE HORNE,
Authorized Representatives of the Johnny Lee Horne Private Irrevocable Foreign Grantor's Trust,
Plaintiffs,

v.

UNLOCK TECHNOLOGIES and GO MORTGAGE LLC,
Defendants.

PREEMPTIVE AFFIDAVIT AND NOTICE TO BAR DEFENDANTS' ATTORNEYS FROM OBSTRUCTING THE COURT PROCESS

I, Johnny Horne, in my capacity as Authorized Representative of the Johnny Lee Horne Private Irrevocable Foreign Grantor's Trust, and a competent fact witness, state the following under penalty of perjury:

1. That I am a living man, sui juris, coming in proper persona, and I have firsthand knowledge of the facts herein.

2. That the Defendants, Unlock Technologies and GO Mortgage LLC, have no lawful standing to assert a claim against the subject property, as their interests have been lawfully extinguished through the administrative process, default judgment, and valid tender of obligations.

3. That Defendants' attorneys, as third-party interlopers, do not possess firsthand knowledge of the transactions in question and therefore lack standing to introduce evidence, motions, or objections that would obstruct or delay the enforcement of the judgment.

4. That this affidavit serves as preemptive notice that no future filings, pleadings, or motions by Defendants' attorneys shall be considered valid unless accompanied by a sworn affidavit from the Defendants themselves.

5. That any attempt by Defendants' attorneys to introduce motions, pleadings, or objections—outside of a sworn affidavit from the Defendants—shall be deemed an unlawful obstruction of justice, fraudulent misrepresentation, and an attempt to delay the enforcement of a lawful process.

6. That this affidavit is submitted to the Court as an advance protective measure to forestall and nullify any improper legal maneuvering intended to circumvent the Plaintiffs' lawful right to relief.

7. That any such attempts shall be met with appropriate legal action, including a motion for sanctions and disciplinary review of the attorneys involved for acting beyond their lawful authority.

8. That I serve this affidavit as formal preemptive notice to the Court and

opposing counsel that any future attempts by Defendants' attorneys to interfere with the enforcement of this matter shall not be entertained unless accompanied by a sworn affidavit from the Defendants themselves.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT, NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

Executed this 3rd day of March, 2025.

_____

Johnny Horne, Authorized Representative

Notary Public: _____

(SEAL)

MICHAEL LABRIOLA
MY COMMISSION # HH 181013
EXPIRES: October 4, 2025
Bonded Thru Notary Public Underwriters